UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SHARON MCCANN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 7:10-cv-00161 |
| | ) | |
| vs. | ) | |
| | ) | |
| ACCOUNTS RECEIVABLE MANAGEMENT, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

SHARON McCANN (Plaintiff), by the undersigned counsel, and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions – Voluntary Dismissal, by Plaintiff Without Court Order) voluntary dismisses, with prejudice, ACCOUNTS RECEIVABLE MANAGEMENT, INC. (Defendant), in this case.

Both sides to bear their own costs and expenses.

This 2nd of February, 2011.

ALEX SIMANOVSKY & ASSOCIATES, LLC

_____*/s/ Dave Lilley*_____
Dave Lilley, Esq.
TX Bar No. 24035064
Attorney for Plaintiff

Alex Simanovsky & Associates, LLC
1912 Loop 11
Wichita Falls, TX 76306
Phone:  1-866-865-3666, Ext. 1056
Fax:  877-570-5413

Corporate Office Address:
2300 Henderson Mill Road, Suite 300
Atlanta, GA 30345
Phone:  (770) 414-1002, Ext. 1012
Fax:  (770) 414-9891